# Hanke TRUCKING, INC.

85 Hilldale Road • P.O. Box 100
Slinger, Wisconsin 53086-0100
Phone (262) 644-9080 • Fax (262) 644-4236

RICHARD HANKE

**DATE:** 3-23-09

**TO:** Chris

**FROM:** _____

**COMMENTS:** _____

**NO. OF PAGES:**
**(INCLUDING COVER PAGE)** _____

**COMPANY:** _____

**FAX NO:** 330-659-8969

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | (Rev.12/3/01) CCG 0001 |
| SUMMONS | ALIAS - SUMMONS | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW__ DIVISION

(Name all parties)

RAUL LOPEZ and MARIA LOPEZ,

    Plaintiffs,

        v.

HANKE TRUCKING, INC., a Corporation
and THOMAS KIEFER,

    Defendants.

No. _____

*SEE ATTACHED LIST FOR SERVICE*

## SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.: c36867
Name: MARK L. FROMM, ESQ./KUMLIN & FROMM
Atty. for: PLAINTIFFS
Address: 205 W. Randolph St., 1030
City/State/Zip: Chicago, IL 60606
Telephone: (312) 236-6465

WITNESS, _____

_/s/ Dorothy Brown_
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## SERVICE LIST

SECRETARY OF STATE, as authorized agent
For HANKE TRUCKING, INC., a Corporation
and THOMAS KIEFER, pursuant to Illinois Revised
Statute Chapter 95 ½, 10-301.
Springfield, IL 62756

Atty. No. 36867

STATE OF ILLINOIS )
                 ) SS
COUNTY OF COOK   )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RAUL LOPEZ and MARIA LOPEZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS ) | NO: |
| ) | |
| HANKE TRUCKING, INC., a Corporation ) | |
| and THOMAS KIEFER, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## COMPLAINT AT LAW

### COUNT I

Now come the Plaintiff, RAUL LOPEZ, by and through his attorneys, KUMLIN AND FROMM, LTD., and complaining against the Defendants, HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, alleges as follows:

1. That on or about, to-wit: March 26, 2007, the Plaintiff, RAUL LOPEZ, owned, operated, maintained and controlled a motor vehicle in a southbound direction along and upon Stony Island at or near its intersection with 130th Street in the City of Chicago, County of Cook and State of Illinois.

2. That at all times mentioned herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others.

3. That on or about, to-wit: March 26, 2007, the Defendant, HANKE TRUCKING, INC., owned a motor vehicle being operated, maintained and controlled by its agent, servant and/or employee, the Defendant, THOMAS KIEFER, in a westbound

direction across Stony Island Avenue at or near its intersection with 130th Street in the City of Chicago, County of Cook and State of Illinois.

4. That it was the duty of the aforesaid Defendants, HANKE TRUCKING, INC., by and through its agent, servant and/or employee, the Defendant, THOMAS KIEFER, to exercise ordinary care towards the Plaintiff.

5. That the Defendants, HANKE TRUCKING, INC., by and through its agent, servant and/or employee, the Defendant, THOMAS KIEFER, were then and there guilty of one or more of the following acts of negligence:

- a). Did negligently, carelessly and improperly fail to keep a proper lookout for other motor vehicle in lawful use of the public thoroughfare then and there;

- b) Did negligently, carelessly and improperly fail to keep said motor vehicle under safe, suitable and proper control;

- c) Did negligently, carelessly and improperly operate and/or maintain said motor vehicle without good, sufficient and proper brakes;

- d) Did negligently, carelessly and improperly operate said motor vehicle at a high and dangerous rate of speed, incommensurate with the condition of traffic and use of the public thoroughfare then and there;

- e) Did negligently, carelessly and improperly operate said motor vehicle too fast for conditions;

- f) Did negligently, carelessly and improperly fail to bring said motor vehicle to a stop prior to collision with another motor vehicle;

- g) Did negligently, carelessly and improperly execute a left turn when danger of a collision was imminent with the Plaintiff's vehicle;

- h) Did negligently, carelessly and improperly fail to keep said motor vehicle in its proper lane of travel for southbound traffic then and there;

- 2 -

i) Did negligently, carelessly and improperly driver said motor vehicle into Plaintiff's lane of travel when danger of collision was imminent with the Plaintiff's vehicle;

j) Did negligently, carelessly and improperly fail to stop, slow or otherwise alter the speed, movement or direction of said vehicle when danger of collision was imminent with the Plaintiff's vehicle;

k) Did negligently, carelessly and improperly maintain and control said vehicle contrary to the Ordinances of the City of Chicago and the Statutes of the State of Illinois;

l) Did otherwise, negligently, carelessly and improperly own, operate, maintain and/or control said motor vehicle in a dangerous and hazardous manner.

6. That as a direct and proximate result of one or more of the foregoing acts of negligence, the motor vehicle owned by the Defendant, HANKE TRUCKING, INC., and operated by the Defendant, THOMAS KIEFER, did come into a violent collision with the motor vehicle owned and operated by the Plaintiff, RAUL LOPEZ; that as a direct and proximate result of the aforesaid collision, the Plaintiff, RAUL LOPEZ, did sustain severe and serious injuries to diverse portions of his body; that said injuries are permanent; that the Plaintiff sustained great pain, suffering and mental anguish and will in the future be caused great pain, suffering and mental anguish; that the Plaintiff incurred medical expenses and will in the future be caused to incur medical expenses; that the Plaintiff sustained and incurred losses of time and other pecuniary expenses and will in the future be caused to incur additional pecuniary losses; that the Plaintiff sustained damage to his motor vehicle and lost the use thereof.

WHEREFORE, the Plaintiff, RAUL LOPEZ, prays for judgment against the Defendants, HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, jointly and severally, for a sum in excess of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS.

## COUNT II

Now comes the Plaintiff, MARIA LOPEZ, by and through her attorneys, KUMLIN AND FROMM, LTD., and complaining against the Defendants, HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, alleges as follows:

1. That on and prior to March 26, 2007, the Plaintiff, MARIA LOPEZ, was the lawfully wedded Wife of RAUL LOPEZ.

2-5. Plaintiff, MARIA LOPEZ, repeats and re-alleges, and incorporates by reference, paragraphs 2-5 of Count I as paragraphs 2-5 of Count II as if fully set forth herein.

6. That as a direct and proximate result of the aforesaid careless and negligent acts and/or omissions of the Defendants, the Plaintiff's Husband then and there sustained severe and permanent injuries, externally and internally, and was, and will be, hindered and prevented from attending to his usual duties and affairs.

7. That as a direct and proximate result of the aforesaid careless and negligent acts and/or omissions of the Defendants, the Plaintiff has been deprived, and is reasonably certain to be deprived in the future, of the society, companionship and conjugal relationship with her Husband.

WHEREFORE, the Plaintiff, MARIA LOPEZ, demands judgment against the Defendants, HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, jointly and severally, for a sum in excess of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS.

Attorney for Plaintiffs

- 4 -

**MARK L. FROMM, ESQ.**
KUMLIN AND FROMM, LTD.
205 W. RANDOLPH STREET, SUITE 1030
CHICAGO, ILLINOIS 60606
(312) 236-6465

Atty. No. 36867

STATE OF ILLINOIS )
            ) SS
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RAUL LOPEZ and MARIA LOPEZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> VS ) <br> ) <br> HANKE TRUCKING, INC., a Corporation ) <br> and THOMAS KIEFER, ) <br> ) <br> Defendants, ) <br> ) | NO: 09 L 3226 |

### AFFIDAVIT OF COMPLIANCE
### PURSUANT TO 95 2 ILLINOIS
### REVISED STATUTES, SECTION 10-301(b)

Now come the Plaintiffs, RAUL LOPEZ and MARIA LOPEZ, by and through their attorneys, KUMLIN AND FROMM, and in filing service of process on the Secretary of State as agent for Defendants, HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, pursuant to the non-resident motorist statute, states as follows:

1. I, MARK L. FROMM, am one of the attorneys herein having first been duly sworn upon oath hereby depose and state that I have complied with each and every statutory requirement of the non-resident motorist statute 95 2 Il. Rev. Stat. Section 10-301.

2. A lawsuit has been filed in the above proceedings in the Circuit Court of Cook County on March 17, 2009.

3. The service of process on the non-resident Defendants was made by serving a copy of the Complaint, Summons and Affidavit of Compliance upon the Clerk of the Circuit Court of Cook County, Illinois.

4. That on March 19, 2009, the service of process was made by serving a copy of the Complaint, Summons and Affidavit of Compliance upon the Secretary of State of Illinois at his office in Springfield, Illinois, together with a fee of $10.00.

5. That the Defendants, HANKE TRUCKING, INC. and THOMAS KIEFER, having used and operated a motor vehicle upon the highways of the State of Illinois, in a negligence and otherwise careless manner proximately caused certain and specific severe injuries to the Plaintiff herein and by doing so, thereby agreed that any service of process through the Secretary of State against them shall be of the same legal force and validity as through served upon them personally.

6. That pursuant to the form Affidavit of Compliance also filed herein, the Defendants, HANKE TRUCKING, INC. and THOMAS KIEFER, are presently nonresidents of the State of Illinois.

7. That the Defendants, HANKE TRUCKING, INC. and THOMAS KIEFER, have last known addresses of 765 Hildale Road, Slinger, WI 53086 and W3138 Hwy. 67, Campbell, WI 53010, respectively.

8. That the above being the last known addresses of said Defendants, this Affidavit along with the Complaint, Summons and a Statutory Notice containing the above and foregoing, were sent by registered mail, having been registered with the branch postal office station located at 100 W. Randolph Street, Chicago, Illinois, on March 18, 2009, and was addressed to Defendants, HANKE TRUCKING, INC., 765 Hildale Road, Slinger, WI 53086 and THOMAS KIEFER, W3138

Hwy. 67, Campbell, WI 53010, pursuant to Section 10-301 of the Illinois Vehicle Code.

9. That the Plaintiff's Affidavit of Compliance with the provision of the motor vehicle law of the State of Illinois, 95 2 Ill. Rev. Stat. Section 10-301 is appended to the Summons hereto.

_____
Attorney for Plaintiffs

SUBSCRIBED AND SWORN
to before me this 18th day of
March, 2009.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Heidi Knesper
Notary Public, State of Illinois
My Commission Expires 2/5/2013

MARK L. FROMM, ESQ.
KUMLIN AND FROMM, LTD.
205 W. RANDOLPH STREET, SUITE 1030
CHICAGO, ILLINOIS 60606
(312) 236-6465

Atty. No. 36878

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RAUL LOPEZ and MARIA LOPEZ, | )<br>) |
| Plaintiff, | )<br>) |
| VS | ) NO: 09 L 3226<br>) |
| HANKE TRUCKING, INC., a Corporation<br>and THOMAS KIEFER, | )<br>) |
| Defendants, | )<br>)<br>) |

### NOTICE

TO: HANKE TRUCKING, INC.          THOMAS KIEFER
765 Hildale Road                  W3138 Hwy. 67
Slinger, WI 53086                 Campbell, WI 53010

You are hereby notified that, pursuant to the Statute of the State of Illinois, providing for service of process on the Secretary of State in cases where the owner or operator of a motor vehicle involved in an accident is a non-resident of the State, we have, on March 18, 2009, served the Secretary of State, a copy of the process attached and will file the return of service and our Affidavit, a copy of which is also attached with the Court.

_____
Attorney for Plaintiff

I, Xochitl Ortiz, make oath and say as follows: I served the above notice and copy of process by enclosing a copy of same in an envelope properly addressed as shown above, with postage prepaid, and depositing the same, to go via, Registered Mail, in the United States Post Office at the Registered Mail desk.

*[signature: Xochitl]*

SUBSCRIBED AND SWORN
to before me this 18th day of
March, 2009.

*[signature: Heidi Knesper]*
NOTARY PUBLIC

"OFFICIAL SEAL"
Heidi Knesper
Notary Public, State of Illinois
My Commission Expires 2/5/2013

**MARK L. FROMM, ESQ.**
KUMLIN AND FROMM, LTD.
205 W. RANDOLPH STREET, SUITE 1030
CHICAGO, ILLINOIS 60606
(312) 236-6465