3830 JPS/BSP/NI077

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| RAUL LOPEZ and MARIA LOPEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-2328 |
| | ) | |
| HANKE TRUCKING, INC., a Corporation and THOMAS KIEFER, | ) ) | Judge William T. Hart |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, in the above entitled cause, through their respective Attorneys, that this case be dismissed without costs to any party, as all matters of controversy having been settled.

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which this action has been brought.

**IT IS FURTHER STIPULATED** that the status hearing for October 22, 2009 is to be stricken.

Dated: October 1, 2009

s/ Mark L. Fromm (w/permission)
Mark L. Fromm
**Kumlin & Fromm, Ltd.**
205 W. Randolph # 1030
Chicago, IL 60606
Attorneys for the Plaintiffs

s/ Jonathan P. Schaefer
Jonathan P. Schaefer
**Purcell & Wardrope, Chtd.**
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Attorney for Defendants

JPS/ajk/jr
F:\JPS\3830 - Lopez\Settlement Docs\StipulationDismiss.doc